<hr />

July 6, 1948

**No. 7613.** *Atlas Trading Co.* v. *United States.* Entered at Los Angeles, Calif. Reap. Dec. 7591. Motion by plaintiff.